# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS RICE, | Case No. 1:23-cv-01094-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| GONZALES, *et al.*, | |
| Defendants. | Doc. 19 |

Plaintiff Nicholas Rice is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2023, in preparing to screen the first amended complaint, the assigned magistrate judge issued an order requiring plaintiff to show cause why this action should not be dismissed, without prejudice, for failure to exhaust administrative remedies prior to filing suit. Doc. 13. On September 8, 2023, the order was returned as "Undeliverable, Return to Sender, Attempted-Not Known, Unable to Forward." Following plaintiff's failure to file a notice of change of address or otherwise communicate with the court, on November 27, 2023, the court issued findings and recommendations regarding dismissal of this action for failure to prosecute and failure to obey a court order. Doc. 14. On November 29, 2023, plaintiff filed a notice of change of address (Doc. 15), and the court re-served the August 29, 2023 order to show cause and

1   November 27, 2023 findings and recommendations to plaintiff's new address. *See* Docket. On
2   December 20, 2023, the court vacated the November 27, 2023 findings and recommendations and
3   granted plaintiff's motion for an extension of time to respond to the order to show cause. Docs.
4   17, 18.

5       The extended deadline for plaintiff to respond to the court's order expired, and plaintiff
6   failed to file a response or otherwise communicate with the court. Accordingly, on February 5,
7   2024, the magistrate judge issued findings and recommendations that this action be dismissed,
8   without prejudice, for failure to obey a court order and failure to prosecute. Doc. 19. The
9   findings and recommendations were served on plaintiff and contained notice that any objections
10  thereto were to be filed within fourteen (14) days after service. *Id.* at 4. No objections have been
11  filed, and the deadline to do so has expired. On March 14, 2024, the court served plaintiff with an
12  order reassigning this case to the undersigned. On March 25, 2024, that order was returned as
13  "Undeliverable, Not at CSATF/SP Corcoran." Several months have now passed and plaintiff has
14  failed to file a change of address.

15      In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de
16  novo review of the case. Having carefully reviewed the file, the court finds the findings and
17  recommendations to be supported by the record and proper analysis.

18      Accordingly, IT IS HEREBY ORDERED:
19      1.    The findings and recommendations issued on February 5, 2024, Doc. 19, are
20          adopted in full;
21      2.    This action is dismissed, without prejudice, for failure to obey a court order and
22          failure to prosecute; and
23      3.    The Clerk of the Court is directed to close this case.

26  IT IS SO ORDERED.
27      Dated:   July 1, 2024  
                                                                         UNITED STATES DISTRICT JUDGE